UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RODGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant. | Case No.: 1:26-cv-04858-EGC (PC)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

Plaintiff Steven Rodgers is a civil detainee appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983. Individuals detained pursuant to California Welfare and Institutions Code section 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 2.) Examination of this document reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:　**June 26, 2026**　　　　　　　　　　_Erin Suy Castllo_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE